# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYASSAR ELIAS NADDOUR,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 13-cv-1407-BAS(WVG)<br><br>**ORDER:**<br><br>**(1) ADOPTING IN REPORT AND RECOMMENDATION ITS ENTIRETY;**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**(4) REMANDING FOR FURTHER PROCEEDINGS**<br><br>**[ECF Nos. 17, 11, 13]** |

On June 13, 2013, Plaintiff Myassar Elias Naddour filed a complaint appealing the decision of an administrative law judge ("ALJ") denying him disability insurance benefits. The Court then referred this matter to United States Magistrate William V. Gallo, who issued a Report and Recommendation ("R&R") on August 4, 2014, recommending that this Court: (1) grant Plaintiff's motion for summary judgment; (2) deny Defendant Carolyn W. Colvin's cross-motion for summary judgment; and (3)

1 remand this action for further proceedings. The time for filing objections to the R&R expired on September 4, 2014. (R&R 48:1–5.) Both parties are represented by counsel, but to date, neither party has filed any objections.

## I. ANALYSIS

The Court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. This rule of law is well-established within the Ninth Circuit and this district. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R."); *Nelson v. Giurbino*, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting report in its entirety without review because neither party filed objections to the report despite the opportunity to do so); *see also Nichols v. Logan*, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

In this case, the deadline for filing objections was on September 4, 2014. However, no objections have been filed, and neither party has requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121. Nonetheless, having conducted a *de novo* review of the parties' cross-motions for summary judgment and the R&R, the Court concludes that Judge Gallo's reasoning is sound and accurate in recommending that this Court

1  grant Plaintiff's motion for summary judgment and deny Defendant's cross-motion for
2  summary judgment.  Therefore, the Court hereby approves and **ADOPTS IN ITS**
3  **ENTIRETY** the R&R. *See* 28 U.S.C. § 636(b)(1).

5  **II.    CONCLUSION & ORDER**
6  Having reviewed the R&R and there being no objections, the Court **ADOPTS**
7  **IN ITS ENTIRETY** the R&R (ECF No. 17), **GRANTS** Plaintiff's motion for
8  summary judgment (ECF No. 11), **DENIES** Defendant's cross-motion for summary
9  judgment (ECF No. 13), and **REMANDS** this action for further proceedings consistent
10 with this order and the R&R.
11     **IT IS SO ORDERED.**

**DATED: September 23, 2014**

*[signature]*

**Hon. Cynthia Bashant**
**United States District Judge**